UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
       Plaintiff,               )
                                )
vs.                             )   Case No. 4'10CR00201
                                )
Arbendella Hines                )
                                )
       Defendant.               )

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, Arbendella Hines, request that my term of probation or supervised release be terminated early for the following reasons: To be in Colorado when the doctors unplug machine from my mother to die. Requesting a court hearing - present in front of a Judge please.

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

11-03-10
Date

(Signature of Defendant)
1678 Estrada Apt. #5
(Address)
Bellefountain, MO 63138
OR P.O. Box 38385
St. Louis, MO. 63138

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer Valynda Cain [name] and to the United States Attorney's Office on November 03, 2010.

(Signature of Defendant)

From: Aberdeen Hurd
P.O Box 38385
St. Louis, Mo. 63108

To: U.S. Judge Webber
111 South 10th Street Suite 12.182
St. Louis, Mo. 63102

RECEIVED
BY MAIL
NOV 04 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS